532

tween the bail set at Trial Term and the bail set herein is not the efficacy of the former, vis-à-vis the latter, to restrain flight, but rather the inability of the defendant to make the higher bail. As such, it is unreasonable. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.

In the Matter of STANLEY NEEDLEMAN, an Attorney.—Motion for reargument or for leave to appeal to the Court of Appeals denied in all respects. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

## (October 19, 1978)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK J. TRIPPE, Appellant.—Judgment, Supreme Court, New York County, rendered on October 14, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL CHESTER, Also Known as CAROL TRIPPE, Also Known as CAROL WINTERS, Appellant.—Judgment, Supreme Court, New York County, rendered on October 14, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAY RIDGE DIAGNOSTIC AND ANALYTICAL LABORATORY, INC., Appellant.—Judgment, Supreme Court, New York County, rendered on October 14, 1977, unanimously affirmed, and defendant is directed to pay the fine imposed by the Supreme Court, New York County. No opinion. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v CARL R. JOHNSON, Appellant-Respondent.—Judgment, Supreme Court, New York County, rendered on November 12, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v PETER FRIED, Appellant-Respondent.—Judgment, Supreme Court, New York County, rendered on January 3, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v IHOR C. HARMATY, Appellant-Respondent.—Judgment, Supreme Court, New York County, rendered on November 12, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v WILLIAM Q. DAY, Appellant-Respondent.—Judgment, Supreme Court, New York County, rendered on November 12, 1976, unanimously affirmed. The